PHILLIP A. TALBERT
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATLEY $20,980.00 IN U.S. CURRENCY,<br><br>Defendant. | 2:20-MC-00312-KJM-JDP<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and claimant David Byrd, Jr., owner of Cleen Money Ent, LLC ("claimant"), by and through their respective counsel, as follows:

1. On or about September 29, 2020, claimant filed a claim in the administrative forfeiture proceedings with the Drug Enforcement Administration with respect to the Approximately $20,980.00 in U.S. Currency (hereafter "defendant currency"), which was seized on June 30, 2020.

2. The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

1

currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was December 28, 2020.

4. By Stipulation and Order filed December 22, 2020, the parties stipulated to extend to March 30, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. By Stipulation and Order filed March 30, 2021, the parties stipulated to extend to May 28, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to June 28, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to June 28, 2021.

DATED: 05/27/2021　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　By:  /s/ Kevin C. Khasigian
　　　　　　　　　　　　　　　　　　KEVIN C. KHASIGIAN
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

DATED: 05/27/2021　　　　　　　　　　　/s/ Martin Tejeda
　　　　　　　　　　　　　　　　　　　　MARTIN TEJEDA
　　　　　　　　　　　　　　　　　　　　Attorney for claimant David Byrd, Jr.

　　　　　　　　　　　　　　　　　　　　(Authorized via email)

///

## ORDER

The court approves the stipulation. The deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to June 28, 2021.

IT IS SO ORDERED.

This order resolves ECF No. 5.

Dated: June 8, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE