PHILLIP A. TALBERT
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:20-MC-00312-KJM-JDP |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF ELECTION |
| APPROXIMATELY $20,980.00 IN U.S. CURRENCY, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that the United States has elected to file a complaint for forfeiture against the Approximately $20,980.00 in U.S. Currency (2:21-CV-02020-MCE-CKD). Accordingly, this miscellaneous case may be closed.

Dated: 11/4/2021

PHILLIP A. TALBERT
Acting United States Attorney

By:  /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney